UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRNIECIA GREEN-JORDAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW L. TAYLOR, *et al.*, <br><br> Defendants. | Case No. CV 5:22-00170-DMG (ADS) <br><br> **ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Doc. # 1], Defendant Taylor's Motion to Dismiss [Doc. # 8], Defendant Taylor's Request for Judicial Notice [Doc. # 9], and the Report and Recommendation of United States Magistrate Judge [Doc. # 15].  No objections were filed, and the time to do so has

passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation [Doc. # 5] is accepted;
2. Defendant Taylor's Motion to Dismiss [Doc. # 8] is granted;
3. Defendant Taylor's Request for Judicial Notice [Doc. # 9] is granted in part;
4. The Complaint [Doc. #1] is dismissed with prejudice; and
5. Judgment is to be entered accordingly.

DATED: November 14, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE