JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRNIECIA GREEN-JORDAN, et al., | Case No. CV 5:22-00170-DMG (ADS) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MATTHEW L. TAYLOR, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed with prejudice.

DATED: November 14, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE